IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:13-CV-1149

| | |
|---|---|
| SUPERIOR PERFORMERS, INC. d/b/a NATIONAL AGENTS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN L. MEAIKE, MARC J. MEADE, BRYANT STONE, FRANK EUFEMIA, JAIME EUFEMIA, and MICHAEL SIZER,<br><br>Defendants. | **AFFIDAVIT OF JASON MCCOLLOUGH** |

# AFFIDAVIT OF JASON MCCOLLOUGH

Jason McCollough, being first duly sworn, says:

1. I am over the age of 21 years and have personal knowledge of the matters set forth in this Affidavit.

2. I am a digital forensics examiner employed by Guardian Digital Forensics in Raleigh, North Carolina. I have a Masters of Science Degree in Digital Forensics and Bachelor of Science Degree in Information Systems from the University of Central Florida.

3. I have attended approximately 175 hours of forensic training in relation to cellphone forensics, computer forensics, and e-discovery.

4. I have worked on over 200 cases involving murder, rape, intellectual property, fraud, wrongful death, employee wrongdoing, and e-discovery collections among numerous other types of cases. Based on my education, training, and experience, I have qualified and testified as an expert witness in a capital murder case in North Carolina, qualifying as a Computer Forensics Expert. *See* **Exhibit A.**

5. On August 5th, 2014, I received a HTC One (M8) cell phone SN: FA44PWM05947 belonging to George M. Wilson, via courier, from Bryan Starrett of Brooks, Pierce, McLendon, Humphrey & Leonard LLP.

6. After receiving the HTC One cell phone, I acquired the cell phone using Cellebrite UFED Touch for further analysis.

7. As part of my analysis, I located two voicemails containing the name "18603171324_1398899592000.amr" and two screenshots related to a voice message received on April 30th, 2014.

Page 1 of 3

Case 1:13-cv-01149-JAB-JEP   Document 197   Filed 08/28/14   Page 2 of 4

8. My analysis of HTC One cell phone further revealed that based upon the file naming convention of the two voicemails the voicemail was received on April 30th, 2014 at approximately 6:13 PM. The date and time of the voicemail(s) on the HTC One cell phone was determined through analysis of the time stamp, stored in a Unix millisecond value, included in the file naming convention of the voicemail(s), and through analysis of the timestamps in relation to the user created screenshots of the voicemail. *See* **Exhibit B & C**.

*[Remainder of page left blank intentionally.*
*Signature appears on following page.]*

Further Affiant sayeth not.

[Notary Seal: RACHEL RENEE PREDDY, Notary Public, Wake County, NORTH CAROLINA]

_____
Jason A. McCollough

Sworn to and subscribed
before me, this 18th day of
August, 2014.

_____
Notary Public

Rachel Renee Preddy
Notary's printed or typed name


My commission expires:

1/23/2019

(Official Seal)