# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SUPERIOR PERFORMERS, INC. d/b/a NATIONAL AGENTS ALLIANCE,<br><br>       Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>SHAWN L. MEAIKE *et al.*,<br><br>       Defendants/Counterclaim-Plaintiffs,<br><br>v.<br><br>ANDY ALBRIGHT *et al.*,<br><br>       Counterclaim-Defendants. | Civil Action No. 1:13-CV-1149 |
| SUPERIOR PERFORMERS, INC. d/b/a NATIONAL AGENTS ALLIANCE,<br><br>       Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>JERROD EWING *et al.*<br><br>       Defendants/Counterclaim-Plaintiffs,<br>v.<br><br>ANDY ALBRIGHT *et al.*,<br><br>       Counterclaim-Defendants. | Civil Action No. 1:14-CV-00232 |

| | |
|---|---|
| SUPERIOR PERFORMERS, INC. d/b/a NATIONAL AGENTS ALLIANCE, | |
| Plaintiff/Counterclaim-Defendant | |
| v. | Civil Action No. 1:14-CV-283 |
| FAMILY FIRST LIFE, LLC and SHAWN MEAIKE, | |
| Defendants/Counterclaim-Plaintiffs. | |

| | |
|---|---|
| SUPERIOR PERFORMERS, INC. d/b/a NATIONAL AGENTS ALLIANCE, | |
| Plaintiff, | |
| v. | Civil Action No. 1:16-CV-01113 |
| JORDAN SOPER AND JCS FINANCIAL, LLC, | |
| Defendants. | |

| | |
|---|---|
| SUPERIOR PERFORMERS, INC. d/b/a NATIONAL AGENTS ALLIANCE, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:16-cv-01040 |
| BRITTNEY BENSON (a/k/a BRITTNEY BENSON MCCLAIN), NICOLE M. BOSSARD, JEREMY WALLER, and MICHAEL B. ABERNATHY, | |
| Defendants. | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Pursuant to Local Rule 83.3, the undersigned counsel notify the Court of the agreement in principle of the parties to settle the following civil actions currently pending in this Court:[1]

- *Superior Performers, Inc. d/b/a National Agents Alliance v. Meaike et al.*, Case number 1:13-cv-1149-JAB-JEP.

- *Superior Performers, Inc. d/b/a National Agents Alliance v. Ewing et al.*, Case number 1:14-cv-232-JAB-JEP.

- *Superior Performers, Inc. d/b/a National Agents Alliance v. Family First Life, LLC et al.*, Case number 1:14-cv-283-JAB-JEP.

- *Superior Performers, Inc. d/b/a National Agents Alliance v. Soper*, Case number 1:16-cv-1113-TDS-JLW.

- *Superior Performers, Inc. d/b/a National Agents Alliance v. Benson et al.*, Case number 1:16-cv-1040-LCB-JEP.

The parties expect to be able to complete the settlement and file stipulations of dismissal in these matters on or before Friday, November 18, 2016. The process of

---

[1] Pursuant to the requirements of Local Rule 83.3, Attorney Daniel Smith also placed calls to the case managers for Judge Beaty and Magistrate Judge Peake to alert them to the pending settlement and that this filing was forthcoming. Given the number of litigation matters involved, it was believed that a filing was the clearest way to communicate the pending settlement with complete accuracy.

finalizing the settlement is complicated by the number of Defendants and Counterclaim-Defendants in the *Meaike* and *Ewing* matters.

Respectfully submitted, this the 21st day of October, 2016.

/s/ Daniel F. E. Smith
Robert J. King III
  NC State Bar No.: 15946
rking@brookspierce.com
William P. H. Cary
  NC State Bar No.: 7651
  wcary@brookspierce.com
Daniel F. E. Smith
  NC State Bar No.: 41601
  dsmith@brookspierce.com

**BROOKS, PIERCE, MCLENDON,
  HUMPHREY & LEONARD, L.L.P.**
Post Office Box 26000
Greensboro, N. C. 27420
Telephone: 336-373-8850

*Counsel for Plaintiff
  Superior Performers, Inc.
  d/b/a National Agents Alliance and
  Counterclaim-Defendants*

/s/ Matthew I. Goforth (by DFES w/
permission)
Jeffrey B. Kuykendal
  NC State Bar No. 37693
jeffrey.kuykendal@mgclaw.com
**MCANGUS, GOUDELOCK &
  COURIE, PLLC**
P.O. Box 30307
Charlotte, NC 28230
Telephone: 704.405.4575
*Counsel for All Defendants and Counterclaim-Plaintiffs*

Matthew I. Goforth
mgoforth@ghattorney.com
**GOFORTH HALE LLC**
2700 Highway 280 South, Suite 320W
Birmingham, AL 35223
Telephone: (205) 790-6555
*Counsel for All Defendants and Counterclaim-Plaintiffs*

J. Brannon Maner
bmaner@manerlawfirm.com
**MANER LAW FIRM, LLC**
2700 Highway 280 South, Suite 320W
Birmingham, AL 35223
Telephone: (205) 532-9572
*Counsel for All Defendants and Counterclaim-Plaintiffs, except in 1:16-CV-01113 (Soper) and 1:16-cv-01040 (Benson)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system.

This the 21st day of October, 2016.

/s/ Daniel F. E. Smith
Daniel F. E. Smith